IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

CAROL SNYDER,

                  Plaintiff,

     v.

THE NEBRASKA MEDICAL CENTER, and
NEBRASKA MEDICINE,

                 Defendants.

**8:20CV196**


**ORDER**


This matter is before the court on the court's own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." Upon review of the parties and the record in the above-designated case, the undersigned judge shall, and hereby does, recuse himself from the above-designated case pursuant to 28 U.S.C. § 455(a).

     SO ORDERED.

     Dated this 3rd day of June, 2020.

                          BY THE COURT:

                          s/ Joseph F. Bataillon
                          Senior United States District Judge