IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CAROL SNYder,<br><br>Plaintiff,<br><br>vs.<br><br>THE NEBRASKA MEDICAL CENTER, and NEBRASKA MEDICINE,<br><br>Defendants. | 8:20CV196<br><br>ORDER |

This matter is before the Court on Defendants' Motion for Leave to Conduct a Debtor's Exam (Filing No. 67). The records of this Court reflect that Defendants were awarded a judgment against Plaintiff in the amount of $3,354.10, together with interest. Therefore, Defendants are entitled to an order requiring Plaintiff to appear and answer questions concerning her assets.

Accordingly,

**IT IS ORDERED:**

1. Defendants' Motion for Leave to Conduct a Debtor's Exam (Filing No. 67) is granted.

2. Plaintiff shall appear on January 25, 2022, at 2:00 p.m. in Courtroom No. 7, Roman L. Hruska Courthouse, 111 S. 118th Plaza, Omaha, Nebraska to answer questions concerning her property and assets.

2

3.    No later than January 11, 2022, Defendants shall serve a copy of this Order on Plaintiff, in accordance with the Federal Rules of Civil Procedure, and thereafter file a certificate of service with the Court.

Dated this 4th day of January, 2022.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge